**Donald R. ZELINGER, Appellant,**

v.

**MISSOURI DEPARTMENT OF CORRECTIONS, Respondent.**

**No. WD 68972.**

Missouri Court of Appeals, Western District.

July 1, 2008.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2008.

Application for Transfer Denied Oct. 28, 2008.

Donald R. Zelinger, Mineral Point, pro se.

John D. Hoelzer, Jefferson City, MO, for respondent.

Before JAMES EDWARD WELSH, P.J., PAUL M. SPINDEN, and ALOK AHUJA, JJ.

## ORDER

PER CURIAM.

Donald R. Zelinger appeals the circuit court's judgment denying his petition for declaratory judgment and granting the Missouri Department of Corrections' mo-

tion for judgment on the pleadings. We affirm. Rule 84.16(b).